# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TED A. BAKER, | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
| **v.** | ) | Case No. CIV-13-360-JHP |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
|     Defendant(s). | ) | |

## SCHEDULING ORDER

**A. PRETRIAL SCHEDULES:**

1. Have all non-governmental parties filed the disclosure statement mandated by Fed.R.Civ.P.7.1?  __X__ Yes  _____ No; If the answer to the question is no, all non-governmental parties must file their Rule 7.1(a) statement.

2. 12-9-2013   JOINDER OF ADDITIONAL PARTIES AND/OR AMENDMENT TO PLEADINGS.

3. 6-5-2014   EXCHANGE AND FILE WITNESS AND EXHIBIT LISTS.

4. 7-7-2014   DISCOVERY CUTOFF.

5. 4-30-2014   ALL DISPOSITIVE MOTIONS.  Parties shall provide the Court a courtesy copy of all summary judgment motions, responses to said motions, and replies.

6. 7-21-2014   MOTIONS IN LIMINE AND DAUBERT ISSUES FILED.

7. 7-28-2014   WRITTEN SETTLEMENT REPORT by Plaintiff.

8. 7-31-2014   EXCHANGE ALL EXHIBITS TO BE LISTED IN PRETRIAL ORDER.

9. 7-31-2014   EXCHANGE OF DEMONSTRATIVE EXHIBITS/AIDS.

10. 7-31-2014   PARTIES TO EXCHANGE REQUESTED JURY INSTRUCTIONS.

11. 7-31-2014   PARTIES TO EXCHANGE DEPOSITION/VIDEOTAPE DESIGNATIONS.  (See Local Civil Rule 30.1(c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov)

12. 8-7-2014   PARTIES TO EXCHANGE COUNTER-DESIGNATIONS.  (See Local Civil Rule 30.1(c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov )

13. 8-7-2014   AGREED PRETRIAL ORDER DUE.  Parties shall provide the Court a courtesy copy of the Pretrial Order (Judge Payne's form is available on the Court's website in the forms section at http://www.oked.uscourts.gov )

14. 8-7-2014   AGREED JURY INSTRUCTIONS, Disputed Jury Instructions issues to be addressed in Trial Briefs. Proposed FF/CL [Non-Jury], and TRIAL BRIEFS due.

15. 8-14-2014   PARTIES TO FILE OBJECTIONS TO DESIGNATIONS AND COUNTER-DESIGNATIONS. Entire deposition and/or video must be submitted with objections. (See Local Civil Rule 30.1(c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov )

16. **8-14-2014**   **PRETRIAL CONFERENCE at 3:00 p.m.**

B. SETTLEMENT:   In all cases scheduled for Jury or Non-Jury Trial a mandatory Settlement Conference will be conducted at least six weeks prior to the Pretrial Conference before a District Judge, Magistrate Judge or Adjunct Settlement Judge. Suggested time frame:   **To be set within 90 days**.

C. TRIAL:

17.   9-3-2014        TRIAL DATE: [X] JURY at 9:00 a.m.    [ ] NON-JURY at 9:00 a.m.

18.   4 days          ESTIMATED TRIAL TIME.

19.   _____        Do all parties consent to a Magistrate Judge conducting Jury Selection?

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

IT IS ORDERED that the parties comply with the disclosure requirement and attend deadlines established by Federal Rule Civil Procedure 26, unless otherwise modified by this order.

This Order is entered this 7th day of November, 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma